1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  EDWARD MARTINEZ, | Case No. 1:19-cv-01733-JLT (PC) |
| 12          Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SETTLEMENT CONFERENCE** |
| 13      v. | |
| 14  J. DAVIS, | (Doc. 22) |
| 15          Defendant. | |

16

17         This matter is set for a video/telephonic settlement conference on September 25, 2020.

18   (Doc. 19.) Defense counsel declares that, due to restrictions imposed in response to the COVID-

19   19 pandemic, the California Department of Corrections and Rehabilitation plans to ask the

20   Attorney General's Office to seek continuances of scheduled court appearances, wherever

21   possible, through the end of September. (Doc. 22-1 at 3.) Defendant therefore requests a

22   continuance of the settlement conference. (*Id.*) Good cause appearing, the Court GRANTS

23   Defendant's request and continues the settlement conference to **October 28, 2020, at 1:00 pm.**

24
25   IT IS SO ORDERED.

26      Dated:   __**August 28, 2020**__            _____**/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE
27
28